SEGAR v. BARNETT

E.K.Segar
elliotsegar@gmail.com
1295 Beacon St. Box 60
Brookline, MA 02446-9998
617-903-2686

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG 31  AM 11: 43

CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

**Segar** v. **Barnett**                    Civil Action No.: 2:20-cv-126

---

## MOTION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I, Elliot Kim Segar, the Plaintiff in the above mentioned matter, do move this court,

pursuant to 28 U.S.C. § 1915 and for reasons set forth in the accompanying Memorandum in

support, to allow this action to proceed without the prepayment fees or costs and enter the

following order:

1. Declaring the Plaintiff *in forma pauperis* granting him leave to proceed without the
   prepayment of fees or costs.
2. Directing the clerk to file the complaint and issue summons.
3. Ordering the UNITED STATES marshal to serve the Defendants with summons, a copy
   of the complaint, and accompanying order to proceed without the prepayment of fees or
   costs.
4. Ordering UNITED STATES to advance the cost of filing and service.

Dated: August 25th 2020                    E.K.SEGAR

On this 25th day of August 2020
before me, the undersigned Notary Public,
personally appeared Elliot Kim Segar
who proved to me with satisfactory identification
which was N.A. I.D.  to be the
person who signed on the preceding or attached
document in my presence.

By : _____ ELLIOT KIM SEGAR

*Pro se*

GENTIANA KRASNIQI (Notary Sig/Seal)
Notary Public. Commonwealth of Massachusetts
My Commission Expires October 30, 2026

1

SEGAR v. BARNETT

E.K.Segar
elliotsegar@gmail.com
1295 Beacon St. Box 60
Brookline, MA 02446-9998
617-903-2686

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

**Segar** v. **Barnett**                           Civil Action No.:

---

## MEMORANDUM IN SUPPORT

## OF THE PLAINTIFF MOTION

## TO PROCEED WITHOUT THE PREPAYMENT OF FEES OR COSTS

The Plaintiff in the above mentioned matter does move this court to proceed without the prepayment of fees or costs pursuant to 28 U.S.C. § 1915 and supported by this memorandum.

The Plaintiff has attached a completed (long form) Application To Proceed In District Court Without Prepaying Fees or Costs. This application very clearly demonstrates the indigency of the Plaintiff.

The Plaintiff has neither the funds to afford legal counsel nor pay the cost and fees of these proceedings.

The Plaintiff has brought his complaint to this court in as complete a form as he can muster.

The Plaintiff has been injured and knows no other way to find relief.

2

SEGAR v. BARNETT

I, Elliot Kim Segar, beg the court, pursuant to 28 U.S.C. § 1915 and for the reasons I have described above, to declare me *in forma pauperis* and grant my motion to proceed without the prepayment of fees or costs.

Dated: August 25th, 2020                    E.K.SEGAR

By : _____ ELLIOT KIM SEGAR

*Pro se*

On this 25 day of August, 2020
before me, the undersigned Notary Public,
personally appeared Elliot Kim Segar
who proved to me with satisfactory identification,
which was _____ to be the
person who signed on the preceding or attached
document in my presence.

GENTIANA KRASNIQI (Notary Sig/Seal)
Notary Public Commonwealth of Massachusetts
My Commission Expires October 30, 2026